# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.

Jose Felix Ruiz-Valencia (1),
*aka Chofo*

       Defendant.

**Criminal No. 14-199 (MJD/SER)**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Allen A. Slaughter, Jr., John R. Marti, and Steven L. Schleicher, Esqs., United States Attorney's Office, 316 North Robert Street, Suite 404, Saint Paul, Minnesota 55101, for Plaintiff.

    James S. Alexander, Esq., United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for Plaintiff.

    Craig E. Cascarano, Esq., Cascarano Law Office, 150 South 5th Street, Suite 3260, Minneapolis, Minnesota 55402, for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated March 31, 2015 [Docket No. 109]. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

1. Defendant Jose Felix Ruiz-Valencia's ("Ruiz-Valencia") Motion to Suppress Confessions, Admissions or Statements Made in the Nature of Confessions Made by the Defendant [Doc. No. 97] is **DENIED**;

2. Ruiz-Valencia's Motion to Suppress Evidence Obtained Through Illegal Search [Doc. No. 98] is **DENIED as moot**; and

2

3. Ruiz-Valencia's Motion to Suppress Search and Seizure Evidence [Doc. No. 99] is **DENIED**.

Dated: April 16, 2015

*s/Michael J. Davis*
Michael J. Davis
Chief Judge
United States District Court

2